JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JESSE CHACON,** | NO. EDCV 20-1898-JWH (KS) |
| **Plaintiff,** | |
| v. | JUDGMENT |
| **RALPH DIAZ, et al,** | |
| **Defendants.** | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that this action is dismissed. Plaintiff's federal claims are dismissed with prejudice, and Plaintiff's state claims are dismissed without prejudice.

DATED: January 27, 2021

_____
JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE